| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| District of <u>Delaware</u> <br> (State) |
| Case number (*if known*): _____ Chapter <u>11</u> |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **RVL Pharmacy, LLC** |
| --- | --- | --- |

| 1. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names, and *doing business as* names | **RevitaLid Pharmacy, LLC** |
| --- | --- | --- |

| 2. | Debtor's federal Employer Identification Number (EIN) | <u>8 5</u> – <u>0 6 5 6 1 3 2</u> |
| --- | --- | --- |

**1. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **400 Crossing Boulevard** <br> Number         Street | **2500 Main Street Extension, Suite 10** <br> Number         Street |
| | P.O. Box |
| **Bridgewater**    **NJ**    **08807** <br> City                State    ZIP Code | **Sayreville**    **NJ**    **08872** <br> City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Somerset** <br> County | Number         Street |
| | City                State    ZIP Code |

| 3. | Debtor's website (URL) | https://www.rvlpharma.com/ |
| --- | --- | --- |

Debtor    RVL Pharmacy, LLC
          _____    Case number (if known)_____
          Name

**4.    Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**5.    Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See* http://www.uscourts.gov/four-digit-national-association-naics-codes .

  3  2  5  4

**6.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ A plan is being filed with this petition.

  ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor     RVL Pharmacy, LLC
_____     Case number (if known)_____
           Name

7.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.

    District _____     When_____     Case number _____
                                                MM / DD / YYYY

    District _____     When_____     Case number _____
                                                MM / DD / YYYY

8.

    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor _See Schedule 1_____     Relationship _____

    District _Delaware_____     When _10 / 12 / 2023_
                                                         MM / DD / YYYY

    Case number, if known _____

9.  **Why is the case filed in *this* district?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

10. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
                               Number        Street

    _____
    _____
    City                                    State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

| | **Statistical and administrative information** |
|---|---|

---

| Debtor | RVL Pharmacy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**12. Estimated number of creditors (on a consolidated basis)**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**13. Estimated assets (on a consolidated basis)**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**14. Estimated liabilities (on a consolidated basis)**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**15. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 12 / 2023
            MM / DD / YYYY

✘ _/s/ Brian Markison_                           Brian Markison
  Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer

---

Debtor    RVL Pharmacy, LLC                                              Case number (if known)_____
         Name

1.  **Signature of attorney**

✖ /s/ Mark D. Collins                              Date    10 / 12 / 2023
         Signature of attorney for debtor                        MM/ DD / YYYY

Mark D. Collins
Printed name

Richards, Layton & Finger, P.A.
Firm name

920 North King Street
Number       Street

Wilmington                                          DE        19801
City                                                State     ZIP Code

(302) 651-7531                                      collins@rlf.com
Contact phone                                       Email address

2981                                                DE
Bar number                                          State

**SCHEDULE 1**

**Pending Bankruptcy Cases Filed by the Debtor and Certain Affiliates of the Debtor**

On the date hereof, each of the entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have moved for joint administration of their cases with the lead case number assigned to the chapter 11 case of debtor RevitaLid Pharmaceutical Corp.

| | Debtor | Employer Identification Number |
|---|---|---|
| 1. | RevitaLid Pharmaceutical Corp. | 26-0010983 |
| 2. | RVL Pharmaceuticals, Inc. | 45-3077918 |
| 3. | RVL Pharmacy, LLC | 85-0656132 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REVITALID PHARMACEUTICAL CORP., *et al.*, | ) Case No. 23-[_____] (___) |
| | ) |
| Debtors.[1] | ) |
| | ) |

## CONSOLIDATED STATEMENT OF CORPORATE OWNERSHIP

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, RevitaLid Pharmaceutical Corp. ("**RevitaLid**") and its affiliated debtors and debtors in possession (the "**Debtors**") respectfully represents as follows:

- Osmotica kft owns 100% of the equity interests in RevitaLid.

- RevitaLid owns 100% of the equity interests in RVL Pharmaceuticals, Inc.

- RVL Pharmaceuticals, Inc. owns 100% of the equity interests in RVL Pharmacy, LLC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: RevitaLid Pharmaceutical Corp. (0983), RVL Pharmaceuticals, Inc. (7918), and RVL Pharmacy, LLC (6132). The location of the Debtors' principal place of business is 400 Crossing Boulevard, Bridgewater, New Jersey 08807.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name:  RVL Pharmacy, LLC

United States Bankruptcy Court for the:  District of Delaware

                                    (State)

Case number (*If known*):  _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐    Schedule H: Codebtors (Official Form 206H)

☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule _____

☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑    Other document that requires a declaration **Statement of Corporate Ownership**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 12 / 2023      **X**   _/s/ Brian Markison_____
            MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                               Brian Markison
                                               Printed name

                                               Chief Executive Officer
                                               Position or relationship to debtor

# WRITTEN CONSENT OF THE SOLE MEMBER

## OF

## RVL PHARMACY, LLC

The undersigned, being the sole member (the "**Member**") of RVL Pharmacy, LLC, a Delaware limited liability company (the "**Company**"), hereby takes the following actions and adopts the following recitals and resolutions by written consent:

**WHEREAS,** the Member has considered the filing of a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "**Bankruptcy Code**"), for the Company and its affiliates pursuant to applicable law and the requirements of the Company's governing documents, and has reviewed and considered certain materials presented by the management of the Company and the Company's financial and legal advisors, including, but not limited to, materials regarding the liabilities and obligations of the Company, its liquidity, strategic alternatives available to it, and the effect of the foregoing on the Company's business, and has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Member has reviewed and considered certain materials presented by the management of the Company and the Company's financial and legal advisors regarding the advantages and disadvantages of the Company soliciting acceptances of the prepackaged Chapter 11 plan of reorganization (as may be amended, modified, or supplemented from time to time, the "**Plan**"); and

**WHEREAS**, in the judgment of the Member, debtor-in possession-financing ("**DIP Financing**") and use of cash collateral (as that term is defined in section 363(a) of the Bankruptcy Code) (the "**Cash Collateral**") is required in order to administer the Chapter 11 Case (as defined below) and the entry into that certain *Senior Secured Superpriority Debtor-in-Possession Term Loan Credit Agreement* (the "**DIP Facility**") by and among the Company, any other borrowers or grantors partied thereto, the administrative agent, and the DIP lenders thereunder, is desirable and in the best interests of the Company, its creditors, and other interested parties.

### Commencement and Prosecution of the Bankruptcy Case

**RESOLVED**, that, in the judgment of the Member, it is desirable and in the best interests of the Company, as well as the Company's creditors, employees, and other interested parties, that the Company file or cause to be filed a voluntary petition for relief under the provisions of the Bankruptcy Code for the Company (hereinafter, a "**Chapter 11 Case**"); and it is further

**RESOLVED FURTHER**, that Brian Markison, Chief Executive Officer of the Company, and James Schaub, President of the Company (each, an "**Authorized Officer**"), each be, and hereby is, authorized, empowered and directed, on behalf of the Company, to execute

and verify a petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as an Authorized Officer executing said petition on behalf of the Company shall determine; and it is further

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Company, to execute, verify and/or file or cause to be filed and/or executed or verified (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers or other professionals, and to take any and all action which they deem necessary, proper or desirable in connection with the Chapter 11 Case; and it is further

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

## Retention of Professionals

**RESOLVED**, that the law firms of Ropes & Gray LLP and Richards, Layton & Finger, P.A. be, and hereby are, employed to render legal services to, and to represent, the Company as counsel in connection with the Chapter 11 Case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that the law firm of A&L Goodbody LLP be, and hereby is, employed to render legal services to, and to represent, the Company as Irish counsel in connection with the Chapter 11 Case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that the firm of Ernst & Young LLP be, and hereby is, employed to render financial advisory services to, and to represent, the Company as financial advisor in connection with the Chapter 11 Case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that the firm of Ducera Capital Partners be, and hereby is, employed to render investment banking services to, and to represent, the Company as investment banker in connection with the Chapter 11 Case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that the firm of Kroll Restructuring Administration LLC be, and hereby is employed to (i) render noticing and claims agent services, and (ii) assist in the preparation of the Company's statement of financial affairs and schedules of assets and liabilities

in connection with the Chapter 11 Case on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of, and in the name of the Company, to retain such other professionals as they deem appropriate during the course of the Chapter 11 Case.

## Cash Collateral & DIP Facility

**RESOLVED**, that the Company shall be, and hereby is, authorized to: (a) enter into, and perform its obligations under, the DIP Facility and take all actions necessary and appropriate to obtain DIP Financing and use of Cash Collateral according to the terms negotiated by such Authorized Officer, including under one or more loan agreements, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, mortgages, pledge agreements and all other documents, agreements or instruments related thereto (collectively, the "**Financing Transactions**") as may be deemed necessary or appropriate by such Authorized Officer (such approval to be conclusively evidenced by the execution thereof or taking of such action by such Authorized Officer); and (b) pay related fees and grant security interests in and liens upon, some, all or substantially all of the Company's assets, as may be deemed necessary by any one or more of the Authorized Officers in connection with such Financing Transactions; and it is further

**RESOLVED FURTHER**, that the form, terms and provisions of the DIP Facility and use of Cash Collateral all transactions contemplated thereby are hereby approved and authorized in all respects.

## Chapter 11 Plan

**RESOLVED**, that the Member has determined, after due consultation with the management of the Company, the financial advisors of the Company and the legal advisors of the Member and the Company, that it is desirable and in the best interests of the Company and its stakeholders to commence solicitation of the Plan pursuant to sections 1125(g) and 1126(b) of the Bankruptcy Code and rule 3018(b) of the Federal Rules of Bankruptcy Procedure, and that the solicitation of votes, if any, in favor of the Plan be, and hereby is, in all respects, authorized and approved; and it is further

**RESOLVED FURTHER**, that the Member has determined, after due consultation with the management of the Company, the financial advisors of the Company and the legal advisors of the Member and the Company, that it is desirable and in the best interests of the Company that the Authorized Officers file or cause to be filed the Plan and all other papers or documents (including any amendments) related thereto and to take any and all actions that any such Authorized Officer deems necessary or appropriate to pursue confirmation and consummation of a plan of reorganization materially consistent with the Plan; and it is further

**RESOLVED FURTHER**, that the Company is hereby authorized, and each Authorized Officer shall be, and hereby is, authorized, empowered and directed on behalf of and in the name

of the Company, together with the Company's advisors, to file all other documents deemed necessary to confirm a plan of reorganization materially consistent with the Plan, including, but not limited to, any amendments to and modifications of the Plan; and it is further

**RESOLVED FURTHER**, that each Authorized Officer shall be, and hereby is, authorized, empowered and directed on behalf of and in the name of the Company, together with the Company's advisors, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to consummate the Plan if confirmed by the Bankruptcy Court.

### General Resolutions

**RESOLVED**, that any person dealing with each Authorized Officer in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Officer and by such Authorized Officer's execution of any instrument, certificate, notice or document, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms; and it is further

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Company, to pay all necessary and reasonable fees and expenses incurred in connection with the transactions contemplated by these resolutions; and it is further

**RESOLVED FURTHER**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer be, and hereby is, authorized, empowered and directed to take or cause to be taken all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents and to incur all such fees and expenses, on behalf of and in the name of the Company, as in their judgment shall be necessary, appropriate or advisable to carry out fully the intent and purposes of the foregoing resolutions and each of them; and it is further

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by each Authorized Officer prior to adoption of these resolutions with respect to the matters contemplated by these resolutions including, without limitations, actions lawfully taken by each Authorized Officer to retain professionals or to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case or any matter related thereto be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, the undersigned does hereby execute this written consent on the date set forth opposite the undersigned's name.

October 11, 2023

RVL PHARMACEUTICALS, INC.

By: _____

DocuSigned by:

*Brian Markison*

807EF1466A2144E...

Name:

Title:

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name: <u>RVL Pharmacy, LLC</u>

United States Bankruptcy Court for the: District of <u>Delaware</u>

(State)

Case number (*If known*): _____

☐  Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

*Consolidated List for all Debtors

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for  value of collateral or  setoff | Unsecured claim |
| 1 | Nephron Pharmaceuticals Corporation 4500 12th Street Extension West Columbia, SC 29172 United States | Attn: Bill Kennedy Phone: (803) 569-2827 Email: bkennedy@nephronpharm.com | Inventory / Warehouse | | | | $967,736 |
| 2 | West Monroe Partners, LLC P.O. Box 735140 Chicago, IL 60673-5140 United States | Attn: Phone: (312) 602-4000 Email: mp-accountsreceivable@westmonroe.com | Trade Debt | | | | $316,625 |
| 3 | The Cementworks, LLC 32 Old Slip, 15th Floor New York, NY 10005 United States | Attn: Man Leung, CFO Phone: (212) 524-6296 Email: cbarnett@thebloc.com | Trade Debt | | | | $225,661 |
| 4 | Amplity Health 2080 Cabot Blvd, West Langhorne, Bethlehem, PA 19047 United States | Attn: Nicole Libertino Phone: (800) 672-0676 Email: nicole.libertino@amplity.com | Trade Debt | | | | $114,889 |
| 5 | Optiks Solutions, Inc. 15 Corporate Place South Suite 105 Piscataway, NJ 08854 United States | Attn: Edward Vaz Phone: (908) 565-3410 Email: edward.vaz@p360.com | Trade Debt | | | | $110,162 |
| 6 | Precision Effect, Inc. P.O. Box 18967 Newark, NJ 07192 United States | Attn: Phone: (800) 634-5315 Email: AR@precisioneffect.com | Trade Debt | | | | $97,775 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | DBS Technology Group, LLC<br>8 Peak Lane<br>Hillsborough, NJ 08844<br>United States | Attn:<br>Phone: (732) 586-4609<br>Email: dipen@dbstechgroup.com | Trade Debt | | | | $79,794 |
| 8 | Rooks Marketing Global, Inc.<br>835 Arbor Lane<br>Glenview, IL 60025<br>United States | Attn:<br>Phone: (847) 998-5889<br>Email: global@rooksmarketing.com | Trade Debt | | | | $70,402 |
| 9 | J. Knipper and Company, Inc.<br>PO Box 783662<br>Philadelphia, PA 19178-3662<br>United States | Attn: Brian Costello<br>Phone: (732) 905-7878<br>Email: Brian.Costello@knipper.com | Inventory / Warehouse | | | | $50,806 |
| 10 | Skinsolutions Md, LLC<br>13280 Evening Creek Dr. S<br>Suite 225<br>San Diego, CA 92128<br>United States | Attn:<br>Phone: (888) 910-0623<br>         (858) 752-9735<br>Email: accounting@skinsolutions.md | Trade Debt | | | | $50,000 |
| 11 | Eversana Life Science Services<br>4580 S. Mendenhall Rd.<br>Memphis, TN 38141<br>United States | Attn:<br>Phone: (414) 299-4900<br>Email: AR@eversana.com | Inventory / Warehouse | | | | $49,249 |
| 12 | Pharm-Olam, LLC<br>25329 Budde Rd., Suite 1103<br>The Woodlands, TX 77380<br>United States | Attn:<br>Phone: +91 9008733211<br>Email: allucent_invoicing@allucent.com | Trade Debt | | | | $46,140 |
| 13 | Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>PO Box 715580<br>Philadelphia, PA 19171-5580<br>United States | Attn:<br>Phone: (202) 772-8635<br>Email: Accounting1@SterneKessler.com | Professional Services | | | | $45,116 |
| 14 | Nephron Pharmaceuticals Corporation<br>3855 St. Valentine Way<br>Orlando, FL 32811 | Attn: Bill Kennedy<br>Phone:<br>Email: bkennedy@nephronpharm.com | SPA Sellers | Contingent<br>Unliquidated<br>Disputed | | | Undetermined |
| 15 | Point Guard Partners, LLC<br>400 N. Ashley Drive, Suite 2150<br>Tampa, FL 33602 | Attn: Barry Butler<br>Phone:<br>Email: butler@pointguardllc.com | SPA Sellers | Contingent<br>Unliquidated<br>Disputed | | | Undetermined |
| 16 | Avery Family Recoverable Trust<br>525 E Micheltorena St., Suite A<br>Santa Barbara, CA 93103 | Attn: Robert L. Avery, MD<br>Phone:<br>Email: bobave@gmail.com | SPA Sellers | Contingent<br>Unliquidated<br>Disputed | | | Undetermined |
| 17 | Vision Question Holdings, LLC<br>1567 Hayley Lane, Suite 101<br>Fort Myers, FL 33907 | Attn: Alexander Eaton<br>Phone:<br>Email: ame@retinahealthcenter.com | SPA Sellers | Contingent<br>Unliquidated<br>Disputed | | | Undetermined |
| 18 | VOOM, LLC<br>625 Via Trepadora<br>Santa Barbara, CA 93110 | Attn: Mark Silverberg, MD<br>Phone:<br>Email: marksilverbergmd@me.com | SPA Sellers | Contingent<br>Unliquidated<br>Disputed | | | Undetermined |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Tom Riedhammer <br> *Address on file* | Attn: Tom Riedhammer <br> Phone: <br> Email: triedham@gmail.com | SPA Seller | Contingent Unliquidated Disputed | | | Undetermined |
| 20 | Dr. Diana Hurwitz and Jack Miller <br> *Address on file* | Attn: Jennifer L. Emmons <br> Phone: (215) 567-3500 <br> Email: jemmons@cprlaw.com | Pending Litigation | Unliquidated Disputed | | | Undetermined |

**Fill in this information to identify the case:**

Debtor name: RVL Pharmacy, LLC

United States Bankruptcy Court for the:  District of Delaware

(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 / 12 / 2023
MM / DD / YYYY

X   /s/ Brian Markison
Signature of individual signing on behalf of debtor

Brian Markison
Printed name

Chief Executive Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                          |     |                          |
|------------------------------------------|-----|--------------------------|
| In re:                                   | )   | Chapter 11               |
|                                          | )   |                          |
| RVL PHARMACY, LLC,                       | )   | Case No. 23-[_____] (___) |
|                                          | )   |                          |
|       Debtor. | )   |                          |
|                                          | )   |                          |

### LIST OF EQUITY HOLDERS[1]

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct ownership interest in the above-captioned debtor and debtor in possession:

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| RVL Pharmaceuticals Inc. 400 Crossing Boulevard Bridgewater, New Jersey 08807 | Limited Liability Company Interests | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 11 case.

**Fill in this information to identify the case:**

Debtor name: RVL Pharmacy, LLC

United States Bankruptcy Court for the: District of Delaware

(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration **List of Equity Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 / 12 / 2023         X   */s/ Brian Markison*
        MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        Brian Markison
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor